# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROLANDO BECERRA AGUADO,

        Plaintiff,

v.

        Case No: 08-C-00701

KRAFT FOODS GLOBAL, INC.,

        Defendant.

## ORDER TO EXTEND DISCOVERY
## AND DISPOSITIVE MOTION DEADLINES

Based upon the stipulation executed by the parties in order to extend all Court-ordered deadlines in this matter [Docket No. 17] and for other good cause;

**IT IS HEREBY ORDERED** that the Court's January 13, 2009 Order shall be modified as follows:

1. The Plaintiff's Expert Disclosures set for March 30, 2009, shall be continued until May 15, 2009;

2. The Defendant's Expert Disclosures set for May 29, 2009, shall be continued until July 15, 2009;

3. The Supplemental Expert Disclosures set for June 26, 2009, shall be continued until August 17, 2009;

4. The Discovery Deadline set for September 30, 2009, shall be continued until October 15, 2009.

5.  The parties have until November 16, 2009, to file their dispositive motions.

Dated this   12th   day of May, 2009.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge

2

Case 1:08-cv-00701-WCG   Filed 05/12/09   Page 2 of 2   Document 19